Submitted on March 7, affirmed May 7, 2008

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

WADE LEE KATZENBACH,
*Defendant-Appellant.*

Jackson County Circuit Court
033814DV; A128149

184 P3d 1159

---

Mary M. Reese filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Greg Rios, Assistant Attorney General, filed the brief for respondent.

Before Wollheim, Presiding Judge, and Brewer, Chief Judge, and Sercombe, Judge.

PER CURIAM

Affirmed. *State v. Ramirez,* 343 Or 505, 173 P3d 817 (2007).